IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CHARLIE TAYLOR (# R6798)                          PLAINTIFF

v.                                                                   No. 4:11CV98-D-A

WARDEN EMMITT SPARKMAN, ET AL.               DEFENDANTS

MEMORANDUM OPINION

This matter comes before the court on the *pro se* prisoner complaint of Charlie Taylor, who challenges the conditions of his confinement under 42 U.S.C. § 1983. For the purposes of the Prison Litigation Reform Act, the court notes that the plaintiff was incarcerated when he filed this suit. For the reasons set forth below, the instant case shall be dismissed, as Mr. Taylor has been barred from filing any suits in this court without permission from the Chief Judge – and has not obtained such consent in the present case.

After Charlie Taylor had inundated the court with meritless filing after meritless filing – first proceeding *in forma pauperis*, then proceeding after payment of the filing fee – the court issued an order barring Taylor from filing further suits in this court without permission from the Chief Judge of this court. *See Taylor v. Stanciel, et al.*, 4:04CV339-P-A (Memorandum Opinion and Final Judgment of April 20, 2005).

Taylor has not received permission to proceed from the Chief Judge in this case; as such, will be dismissed without prejudice to Taylor's ability to seek permission to proceed from the Chief Judge. A final judgment consistent with this memorandum opinion will issue today.

SO ORDERED, this the 10th day of April, 2009.

                                                       /s/ Glen H. Davidson
                                                       SENIOR JUDGE